UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
A.R., individually, and on behalf of her child, H.R.,

               Plaintiffs,                         25-CV-00045 (JAV)

       -v-                                      ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,

               Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **January 21, 2025,** and not to exceed two pages, including the following information in separately numbered paragraphs:

    (1)    whether there is any need for discovery or an initial conference in this case;

    (2)    if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

    (3)    whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

      In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these

previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

**Within two days of the date of this Order**, Plaintiffs shall serve the Order electronically on counsel for Defendant and file proof of such service on ECF.

SO ORDERED.

Dated: January 7, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge